**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SALEM HOUSING CORPORATION, | ) | Case No.: 05-44617-mgd |
| | ) | |
| _____ Debtor. _____ | ) | |

**THIRD INTERIM AND FINAL FEE APPLICATION OF THOMPSON HINE LLP,**
**COUNSEL FOR THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE**
**OF COMPENSATION AND FOR THE REIMBURSEMENT OF EXPENSES FOR**
**SERVICES RENDERED DURING THE COMPENSATION PERIOD**

This is a: _____ monthly  X   interim    X    final application.

Name of Applicant:  Thompson Hine LLP

Authorized to Provide

Professional Services to:  Chapter 11 Trustee

Date of Retention:  February 24, 2016 (effective as of February 25, 2016)

Period for which Compensation and Reimbursement is sought:   "Third Interim Application Period" November 1, 2017 through December 28, 2017.

Amount of Compensation sought as actual, reasonable, and necessary:    $ 7789.50

Amount of Expense Reimbursement sought as actual, reasonable, and necessary:  $0.00

Period for which Final Compensation and Reimbursement is sought:  February 25, 2016 through December 2017

Amount of Compensation for Final Application Period sought as actual, reasonable, and necessary:    $ 13,429.50

Amount of Expense Reimbursement for Final Application Period

Sought as actual, reasonable, and necessary: $ 208.19

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES
DURING THE PERIOD NOVEMBER 1, 2017 THROUGH DECEMBER 28, 2017**

| Name of Professional | Position of the Applicant | Hourly Billing Rates | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| John F. Isbell | Shareholder | $585.00 | 9.3 | $ 5440.50 |
| Eugene K. Thomas, Jr. | Paralegal | $240.00 | 8.00 | $ 1,920.00 |
| Angela R. Sanders | Paralegal | $110.00 | 3.90 | $   429.00 |

Total Amount of Fees:     $ 7789.50
Total Number of Hours:         21.20
Blended Hourly Rate:       $   367.43

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES
DURING THE FINAL COMPENSATION PERIOD**

| Name of Professional | Position of the Applicant | Hourly Billing Rates | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| John F. Isbell | Shareholder | $560.00 $585.00 | 3.4 10.5 | $ 1904.00 $ 6142.50 |
| Fareed Kaisani | Associate | $290.00 | 8.4 | $ 2436.00 |
| Eugene K. Thomas, Jr. | Paralegal | $230.00 $240.00 | 2.6 8.0 | $   598.00 $ 1920.00 |
| Angela R. Sanders | Paralegal | $110.00 | 3.9 | $   429.00 |

Total Amount of Fees:     $ 13,429.50
Total Number of Hours:         36.80
Blended Hourly Rate:       $     364.93

2

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| SALEM HOUSING CORPORATION, | ) | |
| Debtor. | ) | Case No.: 05-44617-mgd |
| | ) | |
| _____ | ) | |

**THIRD INTERIM AND FINAL FEE APPLICATION OF THOMPSON HINE LLP,
COUNSEL FOR THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE
OF COMPENSATION AND FOR THE REIMBURSEMENT OF EXPENSES FOR
<u>SERVICES RENDERED DURING THE COMPENSATION PERIOD</u>**

Thompson Hine LLP ("<u>Thompson Hine</u>"), counsel to Derek Pierce, the Chapter 11 Trustee (the "<u>Chapter 11 Trustee</u>") of Salem Housing Corporation (the "<u>Debtor</u>"), hereby submits its third (3rd) interim and final fee application (the "<u>Application</u>") pursuant to (i) sections 328, 330 and 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "<u>Bankruptcy Code</u>"), (ii) Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), (iii) the Administrative Fee Order (defined below), and (iv) the Amended Cash Collateral Order (defined below), for interim allowance of compensation for services rendered in the aggregate amount of $ 7789.50, and for final allowance of compensation for services rendered during the Final Application Period in the aggregate amount of $ 13,429.50, and for reimbursement of actual and necessary expenses incurred by Thompson Hine in connection therewith in the amount of $ 208.19.  In support of this Application, Thompson Hine respectfully states as follows:

## I.  <u>JURISDICTION AND VENUE</u>

1.      This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The statutory bases for the relief requested herein are sections 328(a), 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

## II.    <u>B A C K G R O U N D</u>

2.      On May 14, 2014, this Court entered the *Order* [Docket No. 204] reopening the above-captioned bankruptcy case (the "<u>Bankruptcy Case</u>").

3.      On June 24, 2014 (the "<u>Appointment Date</u>"), this Court entered the *Order Approving Selection of Trustee* (the "<u>Retention Order</u>") [Docket No. 234] appointing Derek Pierce as the Chapter 11 Trustee of the Debtor's chapter 11 estate (the "<u>Estate</u>").

4.      On July 18, 2014, the Chapter 11 Trustee filed an Application [Docket No. 245] to employ Maynard, Cooper & Gale, P.C. ("<u>Maynard Cooper</u>") as lead counsel in this Bankruptcy Case.

5.      On August 14, 2014, this Court entered the Order [Docket No. 261] granting the Chapter 11 Trustee's application to employ Maynard Cooper, nunc pro tunc to the Appointment Date.

6.      On October 3, 2014, the Chapter 11 Trustee filed with this Court the *Motion of Chapter 11 Trustee for Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 290] (the "<u>Fee Procedures Motion</u>").

7.      On October 9, 2014, this Court entered an order approving the Fee Procedures Motion [Docket No. 291] (the "Fee Procedures Order").

8.      On November 4, 2014, the Chapter 11 Trustee and the Bank of New York Mellon Trust Company, N.A., as successor indenture trustee (the "Indenture Trustee"), filed the *Joint Motion for Order Approving Amended Cash Collateral Stipulation* [Docket No. 306] (the "Joint Cash Collateral Motion") seeking approval of an amendment (the "Amended Cash Collateral Stipulation") to the Original Cash Collateral Stipulation [Docket No. 52].  Among other things, the Amended Cash Collateral Stipulation restricts the amount of Cash Collateral the Chapter 11 Trustee can use on a monthly basis to pay professional fees and expenses of (the "Monthly Fee Cap"), without further consent of the Indenture Trustee, as follows: (i) $12,500.00 for the month of June, 2014; (ii) $50,000.00 for the month of July, 2014; and (iii) $30,000.00 for each month thereafter.  A hearing was held before this Court on November 20, 2014 (the "Cash Collateral Hearing"), and on December 3, 2014, this Court entered an order approving the Joint Cash Collateral Motion and Amended Cash Collateral Stipulation [Docket No. 322] (the "Cash Collateral Order").  As authorized under the Amended Cash Collateral Stipulation, the Indenture Trustee has agreed to increase the Monthly Fee Cap for professional fees to $50,000.00 per month.

9.      The attorneys at Maynard Cooper primarily responsible for representing the Chapter 11 Trustee were Kevin C. Gray and Robert Ozols.  Mr. Gray is admitted before this Court pro hac vice, pursuant to the Court's order dated September 4, 2014 [Docket No. 276] and still represents the Chapter 11 Trustee.  Mr. Ozols is licensed to practice law in the State of Georgia and admitted to this Court, but is no longer affiliated with Maynard Cooper.  For this

reason, the Chapter 11 Trustee filed his Application to Retain and Employ Thompson Hine LLP as Local Counsel [Docket No. 463] on February 15, 2016.

10.     On February 24, 2016, this Court entered an Order Granting the Chapter 11 Trustee's Application to Employ Thompson Hine [Docket No. 469].

11.     The Chapter 11 Trustee continues to pursue the collection of accounts receivable on behalf of the Estate and is in the process of winding down the Estate.

12.     On October 19, 2016, Thompson Hine filed its filed its first interim fee application for the period from December 1, 2015 through September 30, 2016 [Docket No. 491] (the "First Interim Fee Application"). There were no objections filed to the First Interim Fee Application and, pursuant to the Fee Procedures Order, on November 9, 2016, Thompson Hine filed a certificate of no objection with respect to its First Interim Fee Application [Docket No. 501]. On December 4, 2016, this Court entered an order [Docket No. 510] granting the First Interim Fee Application.

13.     On November 7, 2017, Thompson Hine filed its filed its second interim fee application for the period from October 1, 2016 through October 31, 2017 [Docket No. 541] (the "Second Interim Fee Application"). There were no objections filed to the Second Interim Fee Application and, pursuant to the Fee Procedures Order, on November 27, 2017, Thompson Hine filed a certificate of no objection with respect to its Second Interim Fee Application [Docket No. 551]. On November 29, 2017, this Court entered an order [Docket No. 557] granting the Second Interim Fee Application.

14.     As of the date of the filing of this Application, with the exception of the fees and expenses requested in this Application, Thompson Hine has received one-hundred percent

(100%) of its requested fees ($ 5525.00) previously allowed by this Court.  Thompson Hine has

not previously sought reimbursement for its expenses ($208.19).

### III.   <u>RELIEF REQUESTED</u>

15.     By this Application and pursuant to the Fee Procedures Order, Thompson Hine

seeks interim approval of compensation for the professional and paraprofessional services

rendered by Thompson Hine as counsel for the Chapter 11 Trustee for the period from

November 1, 2017 through December 28, 2017 (the "<u>Compensation Period</u>"), in the amount of

$ 7789.50 (representing 21.2 hours in professional and paraprofessional services) (the "<u>Fees</u>")

and $208.19 in expenses incurred during the Final Application Period.

16.     Pursuant to the Amended Cash Collateral Stipulation, the Chapter 11 Trustee is

authorized to use $50,000.00 per month from the Cash Collateral to pay professional on account

of fees and expenses during the Compensation Period.

17.     Thompson Hine has received no payment and no promises for payment from

any source for services rendered during the Compensation Period and addressed in this

Application.

18.     As stated in the Declaration of John F. Isbell, Esq., annexed hereto as <u>Exhibit</u>

<u>"A"</u>, all of the services for which interim compensation is sought herein were rendered for or on

behalf of the Chapter 11 Trustee solely in connection with this Bankruptcy Case.

### IV.   <u>SUMMARY OF SERVICES RENDERED</u>

19.     Thompson Hine has rendered professional and paraprofessional services to the

Chapter 11 Trustee as requested and as necessary and appropriate in furtherance of the interests of

the Estate and its stakeholders during the Compensation Period.  The variety and complexity of the

issues in this Bankruptcy Case and the need to act or respond to issues in furtherance of the Chapter 11 Trustee's needs have required the expenditure of time by Thompson Hine personnel.

20.     In the ordinary course of its practice, Thompson Hine maintains written records of the time expended by attorneys and paraprofessionals in the rendition of their professional services.   A compilation showing the name of the attorney or paraprofessional, the date on which the services were performed, a description of the services rendered, and the amount of time spent in performing the services for the Chapter 11 Trustee during the Compensation Period is annexed hereto as Exhibit "B".

21.     Thompson Hine respectfully submits that the professional and paraprofessional services that it rendered on behalf of the Chapter 11 Trustee were necessary and appropriate and have directly contributed to the effective administration of this Bankruptcy Case.

## V.     ALLOWANCE OF COMPENSATION

22.     The professional and paraprofessional services rendered by Thompson Hine required a high degree of professional competence and expertise so that the numerous issues requiring evaluation and determination by the Chapter 11 Trustee could be addressed with skill and dispatch and have, therefore, required the expenditure of substantial time and effort.  It is respectfully submitted that the services rendered to the Chapter 11 Trustee were performed efficiently, effectively and economically, and the results obtained to date have benefited the Chapter 11 Trustee, the Estate, and all of the Estate's stakeholders.

23.     A bankruptcy court may award reasonable compensation for actual, necessary services based upon the nature, extent, and value of such services, the time spent and the cost of comparable services in the non-bankruptcy context.  *See* 11 U.S.C. § 330(a).  The allowance of

interim compensation for services rendered and reimbursement of expenses in bankruptcy cases is expressly provided for in section 331 of the Bankruptcy Code. *See* 11 U.S.C. § 331. Further, this Court previously authorized the filing of this Application pursuant to the Retention Order and the Fee Procedures Order.

24.     In evaluating the reasonableness and necessity of such services, bankruptcy courts in the Eleventh Circuit are guided by the principles set forth in *Norman v. Housing Authority of Montgomery*, 836 F.2d 1292 (11th Cir. 1988), which include the oft-cited factors established in *Johnson v. Georgia Highway Exp., Inc.*, 488 F.2d 714 (5th Cir.1974); *see also Red Carpet Corp. of Panama City Beach v. Miller*, 708 F.2d 1576, 1578, n.1 (11th Cir. 1983) (citing *Robinson v. Am. Benefit Life Ins. Co. v. Baddock* (*In re First Colonial Corp. of America*), 544 F.2d 1291, 1298-99 (5th Cir.1977). Thompson Hine respectfully submits that a consideration of these factors should result in this Court's allowance of the full compensation sought in this Application.

(i)     <u>The Time and Labor Required</u>. The professional services rendered by Thompson Hine on behalf of the Chapter 11 Trustee required the continuous expenditure of substantial time and effort. The services rendered required a high degree of professional competence and expertise in order to be administered with skill and dispatch.

(ii)    <u>The Novelty and Difficulty of Questions</u>. This Bankruptcy Case has raised certain novel and difficult issues as further described herein and as more fully detailed in the attached invoices.

(iii)   <u>The Skill Requisite to Perform the Legal Services Properly</u>. The Chapter 11 Trustee selected Thompson Hine as its counsel due to its considerable experience and reputation in bankruptcy matters and related fields. Thompson Hine respectfully submits its professionals are duly qualified to perform the legal services required by the Chapter 11 Trustee.

(iv)    <u>The Preclusion of Other Employment by Maynard Cooper Due to Acceptance of this Bankruptcy Case</u>. The amount of time devoted to this Bankruptcy Case by Thompson Hine's professionals significantly precluded them from performing other work to the extent of the time devoted to this Bankruptcy Case, though it did not preclude Thompson Hine from otherwise taking on other engagements generally.

(v)     <u>Customary Fees for the Type of Services Rendered</u>. Thompson Hine respectfully represents that the fees requested herein, including the rates charged by professionals as reflected in the attached fee invoices, are within the range of customary fees for the type of services rendered and are based upon the hours actually spent and multiplied by the normal billing rates for work of this nature, and that the billing rates are equal to or less than the hourly rates charged by Thompson Hine to its other clients.

(vi)    <u>Whether the Fee is Fixed or Contingent</u>. Thompson Hine believes that its fees and expenses in this matter are contingent only to the extent that they are subject to this Court's approval and that there are assets recovered by the Estate sufficient to satisfy administrative expenses.

(vii)   <u>Time Limitations Imposed by Client or Other Circumstances</u>. Thompson Hine has been required to attend to certain issues arising in this Bankruptcy Case in compressed and urgent time periods.

(viii)  <u>The Amount Involved and Results Obtained</u>. Through the efforts of Thompson Hine, the Chapter 11 Trustee has been successful in prosecuting this Bankruptcy Case and the Estate Claims, and fulfilling his statutory duties and obligations.

(ix)    <u>The Experience, Reputation and Ability of the Attorneys</u>. Thompson Hine respectfully submits that its professionals have reputations as lawyers of the highest quality and have the experience and skills necessary to be engaged in this matter and address the various issues that have arisen, and continue to arise, in this Bankruptcy Case.

(x)     <u>The "Undesirability" of the Case</u>. Thompson Hine respectfully submits that this factor is not applicable to this proceeding.

(xi)    <u>Nature and Length of Professional Relationship</u>. Thompson Hine was selected as counsel to the Chapter 11 Trustee on February 15, 2016. This Court approved the Chapter 11 Trustee's retention of Thompson Hine on February 24, 2016. Thompson Hine has been rendering services continuously to the Chapter 11 Trustee since its appointment and continuing through the Compensation Period, as necessary and appropriate.

(xii)   <u>Awards in Similar Cases</u>. Thompson Hine respectfully represents that its Application is in keeping with similar applications for the payment of administrative expenses, including attorneys' fees, in similar bankruptcy cases.

25.     The total time spent by Thompson Hine attorneys and paraprofessionals during the Compensation Period was 21.2 hours. The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. As shown by this Application and supporting documents, Thompson Hine spent its time economically and without unnecessary duplication of efforts.

26.     Thompson Hine's billing rates and expenses for this matter do not include telephone and facsimile charges (except for third-party conference call charges), computerized research, travel expenses, "working meals," or secretarial overtime.

27.     No agreement or understanding exists between Thompson Hine and any other person for the sharing of any compensation to be received for professional and paraprofessional services rendered or to be rendered in connection with this Bankruptcy Case.

28.     No prior application has been made in this or in any other Court for the relief requested herein for the Compensation Period.

<u>**NOTICE**</u>

29.     Pursuant to the Fee Procedures Order, notice of this Interim Application has been provided to the following parties: (i) Martin P. Ochs, Office of the United States Trustee, 362 Richard B. Russell Building, 75 Spring Street, SW, Atlanta, Georgia 30303; (ii) Robert K. Ozols, Maynard, Cooper & Gale, P.C., 1901 Sixth Ave. North, Suite 2400, Birmingham, Alabama 35203:  (iii) Ryan K. Cochran and Blake D. Roth, Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Nashville, Tennessee  37219-8966; (iv) G. Frank Nason, IV, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE, Suite 550, Atlanta, Georgia 30326-1022; (v) Lee R. Benton, Benton & Centeno, LLP, 2019 Third Avenue North, Birmingham, Alabama 35203; and (vi) Virginia Barrow Harman, McRae, Stegall, Peek, Harman, Smith & Manning, LLP, 223 South College Street, Cedartown, Georgia 30125. In light of the notice requirements set forth in the Fee Procedures Order, Thompson Hine submits that no further notice is required or needed.

**WHEREFORE,** Thompson Hine respectfully requests that this Court:

(a)     approve the allowance of $ 7789.50 for compensation for professional and paraprofessional services rendered to the Chapter 11 Trustee during the period from November 1, 2017 through December 28, 2017;

(b)     approve on a final basis, the allowance of $ 13,429.50 for compensation for professional and paraprofessional services rendered to the Chapter 11 Trustee during the period from February 25, 2016 through December 28, 2017;

(c)     approve the allowance of $208.19 for expenses incurred by Thompson Hine in rendering services to the Chapter 11 Trustee during the Final Application Period; and

(d)     authorize and direct the Chapter 11 Trustee to pay to Thompson Hine the amount of $ 7789.50 in compensation and $208.19 in expenses incurred in the Compensation Period and Final Application Period.

Respectfully submitted on this the 28th day of December, 2017.

*/s/ John F. Isbell*
John F. Isbell
GA Bar No. 384883
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Telephone:     404.541.2900
Facsimile:      404.541.2905
*john.isbell@thompsonhine.com*

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned do hereby declare that on the date below I caused a true and correct copy of the foregoing on the parties listed below by first class United States Mail, postage prepaid, or by the Court's CM/ECF system, which will automatically serve a copy of the foregoing on all counsel of record.

(i)    Martin P. Ochs, Office of the United States Trustee, 362 Richard B. Russell Building, 75 Spring Street, SW, Atlanta, Georgia 30303

(ii)   Robert K. Ozols, Maynard, Cooper & Gale, P.C., 1901 Sixth Ave. North, Suite 2400, Birmingham, Alabama 35203

(iii)  Ryan K. Cochran and Blake D. Roth, Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Nashville, Tennessee  37219-8966

(iv)  G. Frank Nason, IV, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE, Suite 550, Atlanta, Georgia 30326-1022

(v)   Lee R. Benton, Benton & Centeno, LLP, 2019 Third Avenue North, Birmingham, Alabama 35203

(vi)  Virginia Barrow Harman, McRae, Stegall, Peek, Harman, Smith & Manning, LLP, 223 South College Street, Cedartown, Georgia 30125.

DATED:  December 28, 2017

Respectfully submitted,

*/s/ John F. Isbell*
John F. Isbell
GA Bar No. 384883

4814-5284-2841.2

# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SALEM HOUSING CORPORATION, | ) | Case No.: 05-44617-mgd |
| | ) | |
| Debtor. | ) | |

## <u>DECLARATION OF JOHN F. ISBELL</u>

JOHN F. ISBELL hereby declares:

1.    I am a partner in the law firm of Thompson Hine LLP ("Thompson Hine"), which maintains an office at 3560 Lenox Road N.E., Suite 1600, Atlanta, Georgia 30326. Thompson Hine has acted as local counsel to and has rendered professional services on behalf of Derek Pierce, as Chapter 11 Trustee of Salem Housing Corporation (the "Chapter 11 Trustee"), since February 24, 2016.

2.    This declaration is submitted pursuant to Rule 2016(a) of the Federal Rules of Bankruptcy Procedure in support of Thompson Hine's application for allowance of compensation and for the reimbursement of expenses for services rendered for the period from November 1, 2017 through December 28, 2017 in the aggregate amount of $7,789.50 (the "Fee Application").

3.    I certify that:

(a)    I have read the Fee Application;

(b)    The fees and disbursement requested in the Fee Application are billed in accordance with practices customarily employed by Thompson Hine and generally accepted by Thompson Hine's clients; and

(c)    In providing a reimbursable service, Thompson Hine does not make a profit on that service, whether the service is performed by Thompson Hine in-house.

4.    All services for which compensation is requested by Thompson Hine were professional services performed for and on behalf of the Chapter 11 Trustee and not on behalf of any other person.

5.    In accordance with 18 U.S.C. § 155, neither I nor any member or associate of Thompson Hine has entered into any agreement, express or implied, with any other party in interest for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Estate.

DATED: December 28, 2017                                   */s/ John F. Isbell*            
                                                          John F. Isbell

4821-4228-2841.1

-2-

# EXHIBIT "B"

# THOMPSON HINE

ATLANTA          CLEVELAND          DAYTON          WASHINGTON, D.C.

CINCINNATI          COLUMBUS          NEW YORK

November 2, 2017

Salem Housing Corporation                    Invoice No. 2786237
c/o J. Leland Murphree, Esq.                 Our File No. 095193.00002
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue N., Suite 2400
Birmingham, AL  35203

**Ch. 11 Bankruptcy**                        Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 10/31/17:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 117.00 |
| Total Fees, Disbursements and Charges | $ | 117.00 |
| **Total Due for this Invoice** | $ | **117.00** |
| Amount Due from Previous Invoices | $ | 4,298.19 |
| ***TOTAL BALANCE DUE*** | $ | ***4,415.19*** |

---



Page 2                                                                                          November 2, 2017
Our File No. 095193.00002
Salem Housing Corporation

| Date | Services | Hours |
|------|----------|-------|
| 10/17/17 | Review memorandum from U.S. Trustee regarding excess funds. | |
| | John F. Isbell | 0.10 |
| 10/17/17 | Draft memorandum to L. Murphree regarding excess funds. | |
| | John F. Isbell | 0.10 |
| | Fee for Professional Services | $117.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| John F. Isbell | Partner | 0.20 | 585.00 |
| | Fee for Professional Services | | $117.00 |

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B120 | Asset Analysis and Recovery | 0.20 | 117.00 |
| | Fee for Professional Services | | $117.00 |



| | | |
|---|---|---|
| ATLANTA | CLEVELAND | DAYTON | WASHINGTON, D.C. |
| | CINCINNATI | COLUMBUS | NEW YORK |

December 5, 2017

Salem Housing Corporation  
c/o J. Leland Murphree, Esq.  
Maynard Cooper & Gale, P.C.  
1901 Sixth Avenue N., Suite 2400  
Birmingham, AL  35203

Invoice No. 2791724  
Our File No. 095193.00002

**Ch. 11 Bankruptcy**                    Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 11/30/17:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 5,145.00 |
| Total Fees, Disbursements and Charges | $ | 5,145.00 |
| **Total Due for this Invoice** | $ | **5,145.00** |
| Amount Due from Previous Invoices | $ | 325.19 |
| ***TOTAL BALANCE DUE*** | $ | ***5,470.19*** |

THOMPSON
HINE

Page 2                                                                                           December 5, 2017
Our File No. 095193.00002
Salem Housing Corporation

| Date | Services | Hours |
|------|----------|-------|
| 11/01/17 | Review draft of dismissal motion and proposed order. | |
| | John F. Isbell | 1.30 |
| 11/01/17 | Conference with R. Thompson regarding dismissal motion and proposed order. | |
| | John F. Isbell | 0.30 |
| 11/05/17 | Review motion to dismiss and proposed order. | |
| | John F. Isbell | 1.50 |
| 11/05/17 | Draft memorandum to co-counsel regarding comments and concerns regarding dismissal motion and order. | |
| | John F. Isbell | 0.30 |
| 11/06/17 | Review and draft 2nd Fee Application for October 2016 through October 2017; prepare exhibits to same. | |
| | Angela R. Sanders | 1.70 |
| 11/06/17 | Exchange memoranda with R. Thompson regarding negative notice issue. | |
| | John F. Isbell | 0.10 |
| 11/06/17 | Exchange memoranda with co-counsel regarding submission of second interim fee applications. | |
| | John F. Isbell | 0.20 |
| 11/06/17 | Review various fee applications and motion to dismiss filed by co-counsel. | |
| | John F. Isbell | 0.30 |
| 11/07/17 | Review and continue drafting of Fee Application; draft Second Interim Fee Application; prepare exhibits declaration of J. Isbell and monthly invoices; prepare and electronically file all with USBC. | |
| | Angela R. Sanders | 2.20 |
| 11/07/17 | Review and revise fee applications for Thompson Hine. | |
| | John F. Isbell | 0.80 |
| 11/09/17 | Review notice of hearing and schedule hearing on fee applications. | |
| | John F. Isbell | 0.20 |
| 11/13/17 | Draft/prepare Notice of Hearing and regarding second fee application for allowance of compensation and for the reimbursement of expenses for services rendered during period from October 1, 2016 through October 31, 2017 | |
| | Kelly Thomas, Jr. | 0.30 |
| 11/13/17 | Draft/prepare certificate of service to notice of hearing regarding second fee application for allowance of compensation and for the reimbursement of expenses for services rendered during period from October 1, 2016 through October 31, 2017 to include all parties on court's mailing matrix. | |
| | Kelly Thomas, Jr. | 2.50 |

# THOMPSON HINE

Page 3                                                                                                   December 5, 2017
Our File No. 095193.00002
Salem Housing Corporation

| | | |
|---|---|---|
| 11/14/17 | Prepare edits/revisions to notice of hearing regarding second fee application of Thompson Hine for allowance of compensation and reimbursement of expenses for services rendered from October 1, 2016 - October 31, 2016. | |
| | Kelly Thomas, Jr. | 0.50 |
| 11/14/17 | Prepare service copies of notice of hearing regarding second fee application of Thompson Hine for allowance of compensation and reimbursement of expenses for services rendered from October 1, 2016 - October 31, 2016. | |
| | Kelly Thomas, Jr. | 1.00 |
| 11/14/17 | E-file notice of hearing regarding second fee application of Thompson Hine for allowance of compensation and reimbursement of expenses for services rendered from October 1, 2016 - October 31, 2016 with USBC ND GA. | |
| | Kelly Thomas, Jr. | 0.20 |
| 11/20/17 | Prepare email to judge's courtroom deputy clerk, E. Moody, to confirm scheduling of hearing on Thompson Hine's second fee application. | |
| | Kelly Thomas, Jr. | 0.10 |
| 11/22/17 | Exchange memoranda with co-counsel regarding fee applications and hearing on dismissal procedure. | |
| | John F. Isbell | 0.30 |
| 11/27/17 | Review multiple filings regarding hearing on fee applications and no objections. | |
| | John F. Isbell | 0.30 |
| 11/27/17 | Draft/prepare certificate of no objection regarding second fee application of Thompson Hine LLP for allowance of compensation and reimbursement of expenses for service rendered during the period October 1, 2016 to October 31, 2017, and certificate of service thereto. | |
| | Kelly Thomas, Jr. | 0.50 |
| 11/27/17 | Draft/prepare proposed order regarding certificate of no objection regarding second fee application of Thompson Hine LLP for allowance of compensation and reimbursement of expenses for service rendered during the period October 1, 2016 to October 31, 2017. | |
| | Kelly Thomas, Jr. | 0.30 |
| 11/27/17 | Draft/prepare certificate of no objection regarding notice of second interim fee application request of Thompson Hine LLP for allowance of compensation and reimbursement of expenses for service rendered during the period October 1, 2016 to October 31, 2017, and certificate of service thereto. | |
| | Kelly Thomas, Jr. | 0.20 |
| 11/27/17 | E-file certificate of no objection regarding notice of second interim fee application request of Thompson Hine LLP for allowance of compensation and reimbursement of expenses for service rendered during the period October 1, 2016 to October 31, 2017 with USBC ND GA. | |
| | Kelly Thomas, Jr. | 0.20 |



Page 4                                                               December 5, 2017
Our File No. 095193.00002
Salem Housing Corporation

11/27/17    E-file certificate of no objection regarding second fee application of Thompson
            Hine LLP for allowance of compensation and reimbursement of expenses for
            service rendered during the period October 1, 2016 to October 31, 2017 with
            USBC ND GA.
            Kelly Thomas, Jr.                                                0.20

            Fee for Professional Services                               $5,145.00

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|------:|--------:|
| John F. Isbell | Partner | 5.60 | 585.00 |
| Kelly Thomas, Jr. | Paralegal | 6.00 | 240.00 |
| Angela R. Sanders | Staff | 3.90 | 110.00 |

Fee for Professional Services                               $5,145.00

| Task Code | Description | Hours | Amount |
|-----------|-------------|------:|-------:|
| B110 | Case Administration | 9.50 | 3,487.50 |
| B160 | Fee/Employment Applications | 2.10 | 1,228.50 |
| L120 | Analysis/Strategy | 3.90 | 429.00 |

Fee for Professional Services                               $5,145.00



| | ATLANTA | CLEVELAND | DAYTON | WASHINGTON, D.C. |
| | CINCINNATI | COLUMBUS | NEW YORK | |

December 27, 2017

Salem Housing Corporation                        Invoice No. 2795435
c/o J. Leland Murphree, Esq.                      Our File No. 095193.00002
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue N., Suite 2400
Birmingham, AL  35203

**Ch. 11 Bankruptcy**                             Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 12/27/17:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,527.50 |
| Total Fees, Disbursements and Charges | $ | 2,527.50 |
| **Total Due for this Invoice** | $ | **2,527.50** |
| Amount Due from Previous Invoices | $ | 5,470.19 |
| ***TOTAL BALANCE DUE*** | $ | ***7,997.69*** |



Page 2                                                                December 27, 2017
Our File No. 095193.00002
Salem Housing Corporation

| Date | Services | Hours |
|------|----------|-------|
| 12/22/17 | Attention to final fee application. | |
| | John F. Isbell | 2.50 |
| 12/22/17 | Prepare edits/revisions to third and final fee application of Thompson Hine LLP for the time period November 1, 2017 to December 28, 2017; draft/prepare notice of third interim & final fee application request; draft/prepare declaration of John Isbell as exhibit to fee application; assemble invoices to attach as exhibit to fee application; email same to J. Isbell for review. | |
| | Kelly Thomas, Jr. | 2.00 |
| 12/27/17 | Complete final fee application. | |
| | John F. Isbell | 1.00 |
| | Fee for Professional Services | $2,527.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| John F. Isbell | Partner | 3.50 | 585.00 |
| Kelly Thomas, Jr. | Paralegal | 2.00 | 240.00 |
| | Fee for Professional Services | | $2,527.50 |

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B160 | Fee/Employment Applications | 3.50 | 2,047.50 |
| L190 | Other Case Assessment, Development and Administration | 2.00 | 480.00 |
| | Fee for Professional Services | | $2,527.50 |